# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LENWORTH PARKE

        Plaintiff,

   v.

MARK A. KIRBY, Acting Warden

        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: **10-4673-JBS**

APPEAL

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☑ **GRANTED**

☐ DENIED, for the following reasons:

_____

_____.

ENTERED this **17th** day of **May**, 2011

_____
Jerome B. Simandle, USDCJ